IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTIAN ROBINSON,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 10-0104-CG-C |
| **UNITED STATES OF AMERICA,** | : CRIMINAL ACTION NO. 07-0270-CG |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 3, 2010, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 1st day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE