IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTIAN ROBINSON,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 10-0104-CG-C |
| **UNITED STATES OF AMERICA,** | : CRIMINAL ACTION NO. 07-0270-CG |
| Respondent. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, be **DISMISSED** as untimely pursuant to 28 U.S.C. § 2255(f). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 1st day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE